IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | 4:05CR3090 |
| v. | ) | |
| | ) | |
| LUIS A. SANCHEZ, | ) | |
| | ) | ORDER |
| Defendant. | ) | |
| | ) | |
| | ) | |

IT IS ORDERED:

1.  Defendant's unopposed oral motion to continue is granted and the change of plea hearing is continued from December 19, 2005 to January 23, 2006 at 11:00 a.m. before the undersigned magistrate judge in Courtroom 2, United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska.

2.  For this defendant, the time between today's date and the hearing on the anticipated plea of guilty is excluded for purposes of computing the limits under the Speedy Trial Act. See 18 U.S.C. § 3161(h)(1)(I)&(h)(8)(A)(B).

3.  Defendant shall appear at the hearing.

DATED this 16th day of December, 2005.

BY THE COURT:

s/ *David L. Piester*

David L. Piester
United States Magistrate Judge